UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROPERTY OF THE PEOPLE, INC., <br> 1712 Eye St., NW, Suite 915 <br> Washington, DC 20006, <br><br> and <br><br> RYAN NOAH SHAPIRO, <br> 707 Pelton Ave. #314 <br> Santa Cruz, CA 95060, <br><br> PLAINTIFFS <br><br> vs. <br><br> DEPARTMENT OF STATE <br> 2201 C St., N.W., <br> Washington, DC 20520, <br><br> DEFENDANT | Judge _____ <br> Civil Action No. _____ |

**COMPLAINT**

THE PARTIES

1. Property of the People, Inc. is a 501(c)(3) charitable organization dedicated to governmental transparency in the service of democracy.

2. Plaintiff Ryan Noah Shapiro is a founder of Property of the People and a Ph.D. candidate in the Department of Science, Technology, and Society (HASTS) at the Massachusetts Institute of Technology, as well as a former Research Affiliate at the Berkman Klein Center for Internet & Society at Harvard University. Plaintiff Ryan Noah Shapiro is a historian of national security, the policing of dissent, and governmental transparency.

3. Defendant Department of State (DOS) is an agency of the United States.

4. DOS has possession, custody and control of the records Plaintiffs seek.

## JURISDICTION AND VENUE

5. This action arises under the Freedom of Information Act ("FOIA"), 5 USC § 552.

6. This Court has jurisdiction over the parties and subject matter pursuant to 5 USC § 552(a)(4)(B).

7. Venue is proper in this district pursuant to 5 USC § 552(a)(4)(B).

## STATEMENT OF FACTS

8. On March 28, 2018, Plaintiffs submitted to DOS via fax a request for records on Cambridge Analytica and records on Russian interference with the U.S. election of 2016. The request was specifically directed to an office called the Russia Malign Influence Group. Plaintiffs requested a waiver of fees.

9. On April 27, 2018, DOS acknowledged receipt of Plaintiffs' March 28, 2018 request and assigned it tracking number F-2018-02454.

10. On June 18, 2018, DOS informed Plaintiffs that their March 28, 2018 request was not reasonably described. Also in this correspondence, DOS assigned two tracking numbers to the two subparts of Plaintiff's request: F-2018-02454 and F-2018-02453.

11. On July 11, 2018, Plaintiffs submitted an administrative appeal for request F-2018-02454 to DOS challenging DOS's actions in their entirety, including but not limited to the assertion that the March 28, 2018 FOIA request was not reasonably described.

12. On July 19, 2018, Plaintiffs submitted an administrative appeal for request F-2018-02453 to DOS challenging DOS's actions in their entirety, including but not limited to the assertion that the March 28, 2018 FOIA request was not reasonably described.

13. More than 20 business days have elapsed since the filing of Plaintiffs' administrative appeal to DOS, but as of the filing of this complaint, Plaintiffs have not heard back regarding the status of their administrative appeals.

14. On May 9, 2018, Plaintiffs submitted to DOS via fax a request for records constituting correspondence and calendars belonging to the head of the Russia Malign Influence Group. The request was specifically directed to an office called the Russia Malign Influence Group.

15. On August 6, 2018, DOS acknowledged receipt of Plaintiffs' May 9, 2018 request, stating that DOS received the request on May 9, 2018, itself. DOS assigned this request tracking number is F-2018-03539.

16. More than 20 business days have elapsed since Plaintiffs submitted their May 9, 2018 request to DOS, but as of the filing of this Complaint, Plaintiffs have not received a final determination as to whether DOS will release the requested records or whether the DOS will grant Plaintiffs' request for a complete waiver of fees.

COUNT I:
VIOLATION OF FOIA

17. This Count realleges and incorporates by reference all of the preceding paragraphs. All documents referenced in this Complaint are incorporated by reference as if set forth fully herein.

18. DOS has improperly withheld responsive records.

19. DOS has failed to grant or even rule on Plaintiffs' request for a full waiver of fees.

20. Plaintiffs are entitled to a full waiver of fees.

PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court:

(1) Declare Defendant's failure to comply with FOIA to be unlawful;

(2) Order DOS to immediately process and release all non-exempt records without payment of fees;

(3) Grant Plaintiffs an award of attorney fees and other litigation costs reasonably incurred in this action pursuant to 5 USC § 552(a)(4)(E)(i); and

(4) Grant Plaintiffs such other and further relief which the Court deems proper.

Respectfully Submitted,

　　/s/ Jeffrey Light　　　　　
Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiffs*