IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PROPERTY OF THE PEOPLE, INC., and RYAN NOAH SHAPIRO, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Case No. 18-1939 (RDM) |
| DEPARTMENT OF STATE, | ) ) ) | |
| Defendant | ) ) | |

**JOINT STATUS REPORT**

The parties to this Freedom of Information Act ("FOIA") matter respectfully submit the following Joint Status Report pursuant to the Court's Minute Order of December 17, 2020:

1. As indicated previously, the potentially responsive documents at issue in this case are maintained on a classified network that is inaccessible to employees who are teleworking or not physically present at a State Department worksite. *See* ECF No. 21, ¶ 5.

2. The State Department is following guidelines for a phased approach for the resumption of normal government operations, which can begin only after certain epidemiological "gating criteria" are met on a location-by-location basis. As explained in the parties' December 15, 2020 joint status report, State entered Phase One of its three-step process for the resumption of normal operations on June 15, 2020. On July 27, 2020 the Department entered Phase Two. Between July 27 and November 25, 2020, bureaus were no longer required to maximize telework but were encouraged to continue maximizing telework and extending telework flexibilities. However, in light of rising COVID-19 cases across the country, the Department made an initial announcement on November 25, 2020 that it was reverting to a more restrictive policy, and on December 21, 2020, announced that it was officially regressing to Phase One, which requires

that offices maximize telework. While the Department is still assessing the impact the regression to Phase One has had on its onsite FOIA litigation staffing, the Department anticipates that this reversion to maximizing telework will continue to constrain the Department's ability to process its FOIA litigation cases, including obtaining internal clearances and external consultations from elsewhere in the Executive Branch.

3. Although not all of the personnel assigned to this case have resumed onsite operations, enough of those personnel have returned to State Department workspace on at least a part-time basis that the Department has been able to resume processing Plaintiffs' request.

4. On January 4, 2021, the State Department released 11 responsive records totaling 47 pages to Plaintiff. On February 5, 2021, the State Department released nine responsive records totaling 37 pages to Plaintiff.

5. Pursuant to this Court's Minute Order of August 14, 2020, the State Department's next release of records will occur on March 1, 2020, with subsequent productions to occur on the first workday of each month, as necessary.

Dated: February 17, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Jeffrey Light* | BRIAN BOYNTON |
| JEFFREY LIGHT | Acting Assistant Attorney General |
| D.C. Bar #485360 | |
| Law Office of Jeffrey L. Light | MARCIA BERMAN |
| 1712 Eye St., NW | Assistant Branch Director |
| Suite 915 | Federal Programs Branch |
| Washington, DC 20006 | |
| (202) 277-6213 | */s/ Joseph J. DeMott* |
| jeffrey@lawofficeofjeffreylight.com | JOSEPH J. DEMOTT |
| | Trial Attorney (Va. Bar No. 93981) |
| *Attorney for Plaintiffs* | United States Department of Justice |

2

        Civil Division, Federal Programs Branch
        1100 L Street, N.W.
        Washington, D.C. 20530
        Tel:  (202) 514-3367
        Fax:  (202) 616-8470
        Email:  joseph.demott@usdoj.gov

*Counsel for Defendant*