IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROPERTY OF THE PEOPLE, INC., and RYAN NOAH SHAPIRO,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF STATE,<br><br>Defendant | Case No. 18-1939 (RDM) |

## JOINT STATUS REPORT

The parties to this Freedom of Information Act ("FOIA") matter respectfully submit the following Joint Status Report pursuant to the Court's Minute Order of March 15, 2021:

1. As indicated in the parties' previous joint status report, ECF No. 29, the State Department has made its final production of records in this case.

2. On May 11, 2021, the parties reached an agreement in principle to settle this case without further motions practice.

3. The parties require additional time to formalize their agreement. They anticipate doing so within the next 30 days and jointly requesting that the case be dismissed with prejudice.

4. If any unforeseen issue arises that prevents an agreed-upon dismissal and requires judicial involvement, the parties will file a further Joint Status Report on or before June 15, 2021, describing the issue and proposing next steps.

Dated:  May 14, 2021

                                                Respectfully submitted,

*/s/ Jeffrey Light*                          BRIAN BOYNTON
JEFFREY LIGHT                            Acting Assistant Attorney General
D.C. Bar #485360

1

| | |
|---|---|
| Law Office of Jeffrey L. Light<br>1712 Eye St., NW<br>Suite 915<br>Washington, DC 20006<br>(202) 277-6213<br>jeffrey@lawofficeofjeffreylight.com<br><br>*Attorney for Plaintiffs* | MARCIA BERMAN<br>Assistant Branch Director<br>Federal Programs Branch<br><br> /s/ *Joseph J. DeMott*<br>JOSEPH J. DEMOTT<br>Trial Attorney (Va. Bar No. 93981)<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20530<br>Tel: (202) 514-3367<br>Fax: (202) 616-8470<br>Email: joseph.demott@usdoj.gov<br><br>*Counsel for Defendant* |