IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROPERTY OF THE PEOPLE, INC., and RYAN NOAH SHAPIRO, <br><br>Plaintiffs, <br><br>v. <br><br>DEPARTMENT OF STATE, <br><br>Defendant | Case No. 18-1939 (RDM) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Ryan Noah Shapiro and Property of the People, Inc., and Defendant, the U.S. Department of State, hereby stipulate to dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: June 15, 2021

*/s/ Jeffrey Light*
JEFFREY LIGHT
D.C. Bar #485360
Law Office of Jeffrey L. Light
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202) 277-6213
jeffrey@lawofficeofjeffreylight.com

*Attorney for Plaintiffs*

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director
Federal Programs Branch

 /s/  *Joseph J. DeMott*
JOSEPH J. DEMOTT
Trial Attorney (Va. Bar No. 93981)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel:  (202) 514-3367
Fax:  (202) 616-8470
Email:  joseph.demott@usdoj.gov

*Counsel for Defendant*